UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BALANCECXI, INC. D/B/A ZACOUSTIC, | § | |
| | § | |
| *Plaintiff* | § | |
| V. | § | Civil Action No. 1:19-cv-767-RP |
| | § | |
| INTERNATIONAL CONSULTING & | § | |
| RESEARCH GROUP, LLC, | § | |
| CHRISTOPHER DESIMONE, AND | § | |
| ADAM OLDFIELD | § | |
| | § | |
| *Defendants* | | |

## ORDER GRANTING MOTION FOR SANCTIONS

On this day, the Court considered BalanceCXI, Inc. d/b/a Zacoustic's ("*BalanceCXI*") Motion for Rule 37(b) Discovery Sanctions (the "*Motion*") related to the failure to obey the Court's Order [Dkt. # 46] by International Consulting & Research Group, LLC ("*ICAR*"), Christopher DeSimone ("*DeSimone*"), and Adam Oldfield ("*Oldfield*") (collectively, "*Defendants*"). Having considered the Motion, responses and replies (if any), arguments of counsel, and all other relevant factors, the Court determines that the Motion is GRANTED.

It is therefore ORDERED that Defendants' Original Answer and Affirmative Defenses are STRICKEN. The Court RENDERS a no-answer default JUDGMENT against Defendants.

It is further ORDERED that Defendants pay BalanceCXI's reasonable expenses, including attorneys' fees and forensic examiner's fees, incurred in connection with both the Motion to Compel [Dkt. # 12] and the Motion.

It is so ORDERED.

SIGNED ON :_____

_____
UNITED STATES DISTRICT JUDGE