| Summary by Activity | | |
|---|---|---|
| **Motion to Compel** | **Hours Billed** | **Fees** |
| Conference Efforts in Preparation for Motion to Compel | 19 | $  12,234.00 |
| Preparing Motion to Compel | 38.9 | $  21,670.50 |
| Replying to Response to Motion to Compel | 23.9 | $  13,854.50 |
| Replying to Amended Response to Motion to Compel | 48.3 | $  28,186.50 |
| Responding to Motion for Leave to File Surreply | 12.7 | $  7,206.50 |
| Additional Conference and Other Efforts Related to Motion to Compel | 19 | $  12,418.00 |
| Preparing for and Attending Hearing on Motion to Compel | 17.8 | $  10,260.00 |
| Responding to Emergency Motion to Amend Compel Order | 16.4 | $  10,165.00 |
| **Subtotal** | **196** | **$ 115,995.00** |
| | | |
| **Motion for Sanctions** | **Hours Billed** | **Fees** |
| Preparing Advisories and Related Conference Efforts | 65.4 | $  39,283.50 |
| Preparing Motion for Sanctions | 45 | $  26,650.00 |
| Conference and Other Efforts Related to Motion for Sanctions | 6.8 | $  4,631.00 |
| Replying to Response to Motion for Sanctions | 36.7 | $  22,030.50 |
| Preparing for and Attending Evidentiary Hearing on Motion for Sanctions | 169.5 | $  97,823.00 |
| **Subtotal** | **323.4** | **$ 190,418.00** |
| | | |
| **Forensic Work** | **Hours Billed** | **Fees** |
| Forensic Related Attorney Work | 11.6 | $  7,789.00 |
| **Subtotal** | **11.6** | **$  7,789.00** |
| | | |
| **Attorneys' Fees Total** | **531** | **$ 314,202.00** |
| | | |
| **Forensic Costs** | **Hours Billed** | **Fees** |
| R3 Digital Forensics Invoices | 74 | $  23,810.00 |
| **Forensic Costs Total** | **74** | **$  23,810.00** |
| | | |
| **Grand Total** | **605** | **$ 338,012.00** |

Exhibit A

| Summary of Attorneys' Fees by Time Keeper | | | | |
|---|---|---|---|---|
| Time Keeper | Title | Rate | Hours Billed | Fee |
| Adam H. Sencenbaugh | Partner | $ 725.00 | 192.8 | $ 139,780.00 |
| Iris Gibson | Counsel | $ 700.00 | 38.1 | $ 26,670.00 |
| Henson Adams | Associate | $ 495.00 | 276.7 | $ 136,966.50 |
| Chrissy Long | Associate | $ 495.00 | 17.9 | $ 8,860.50 |
| Mike Brockwell | Trial Services Consultant | $ 350.00 | 5.5 | $ 1,925.00 |
| | | Grand Total | 531 | $ 314,202.00 |

Exhibit A

| Motion to Compel: Conference Efforts in Preparation for Motion to Compel | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 11/27/2019 | Adam H Sencenbaugh | Telephone conference with client representatives regarding Defendants' response to discovery requests; begin draft of correspondence to opposing counsel regarding deficiencies in document production and discovery responses; email correspondence with client representatives regarding case status. | 3.4 | $725.00 | $2,465.00 | C.1 |
| 11/29/2019 | Adam H Sencenbaugh | Analyze discovery responses from opposing counsel to draft correspondence regarding discovery deficiencies; outline legal issues relevant to discovery dispute and motion to compel. | 2.8 | $725.00 | $2,030.00 | C.1 |
| 11/30/2019 | Henson Adams | Draft and revise discovery deficiency letter to opposing counsel; review discovery responses regarding the same; research federal law regarding general objections. [REDUCED BY 3.0 HOURS] | 3.3 | $495.00 | $1,633.50 | C.1 |
| 11/30/2019 | Adam H Sencenbaugh | Revise correspondence to opposing counsel regarding discovery deficiencies and Motion to Compel; analyze legal issues relevant to discovery dispute and Motion to Compel. | 3 | $725.00 | $2,175.00 | C.1 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/3/2019 | Henson Adams | Continue to draft and revise letter to opposing counsel regarding discovery deficiencies; review client comments to the same; review and analyze Defendants' Discovery Responses with respect to deficiencies and objections. [REDUCED BY 3.0 HOURS] | 1.2 | $495.00 | $    594.00 | C.1 |
| 12/3/2019 | Adam H. Sencenbaugh | Email correspondence with client representatives regarding case status; revise correspondence to opposing counsel regarding discovery deficiencies. | 1.3 | $725.00 | $    942.50 | C.1 |
| 12/4/2019 | Henson Adams | Revise and finalize Discovery Deficiency Letter; review and analyze discovery responses regarding the same. | 2.2 | $495.00 | $  1,089.00 | C.1 |
| 12/4/2019 | Adam H. Sencenbaugh | Revise and transmit correspondence to opposing counsel regarding failure to respond to outstanding discovery requests. | 1.8 | $725.00 | $  1,305.00 | C.1 |
| | | **Subtotal** | **19** | | **$   12,234.00** | |

Exhibit A

| Motion to Compel: Preparing Motion to Compel | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 12/5/2019 | Henson Adams | Correspondence with client regarding Discovery Deficiency Letter; begin draft of Motion to Compel regarding discovery deficiencies by Defendants; research and analyze Federal Rules of Civil Procedure on Motions to Compel discovery and federal case law regarding the same. | 4.9 | $495.00 | $ 2,425.50 | C.2 |
| 12/9/2019 | Henson Adams | Telephone call with forensic examiner to discuss the protocol for collecting electronic devices and to discuss past forensic findings and analysis for use in Motion to Compel; continue to draft Motion to Compel; analyze case documents, past correspondence with opposing counsel, and forensic reports with respect to preparation of Motion to Compel. | 6.4 | $495.00 | $ 3,168.00 | C.2 |
| 12/10/2019 | Henson Adams | Prepare template for appendix to Motion to Compel. | 0.4 | $495.00 | $ 198.00 | C.2 |
| 12/11/2019 | Henson Adams | Continue to draft Motion to Compel; analyze electronic data, past correspondence with opposing counsel, and forensic reports with respect to preparation of Motion to Compel; prepare exhibits and supporting documents for Motion to Compel, including drafting and revising declarations. | 6.6 | $495.00 | $ 3,267.00 | C.2 |

Exhibit A

| Date | Name | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 12/12/2019 | Henson Adams | Continue to draft and revise Motion to Compel; prepare additional exhibits for Motion to Compel. | 2.5 | $495.00 | $ 1,237.50 | C.2 |
| 12/13/2019 | Henson Adams | Continue to draft and revise Motion to Compel. | 0.4 | $495.00 | $ 198.00 | C.2 |
| 12/15/2019 | Henson Adams | Draft and revise declaration of Tim Lavin and Adam Sencenbaugh in support of Motion to Compel; draft proposed order granting Motion to Compel; revise Motion to Compel and continue to gather and prepare exhibits regarding the same. [REDUCED BY 2.0 HOURS] | 2.9 | $495.00 | $ 1,435.50 | C.2 |
| 12/15/2019 | Adam H. Sencenbaugh | Revise Motion to Compel documents and interrogatory responses from Defendants; revise Declaration of Tim Lavin in support of Motion to Compel; revise Appendix of arguments in support of Motion to Compel. | 4.6 | $725.00 | $ 3,335.00 | C.2 |
| 12/16/2019 | Henson Adams | Revise and finalize Motion to Compel; gather, prepare, and finalize exhibits to the same, including Declarations of Tim Lavin and Adam Sencenbaugh, exhibits, past correspondence with opposing counsel, forensics reports, and proposed order; discuss Motion to Compel and exhibits with client; strategize regarding presentation of Motion to Compel issues, including timeline of events, in the hearing with the Court. [REDUCED BY 2.0 HOURS] | 4.3 | $495.00 | $ 2,128.50 | C.2 |
| 12/16/2019 | Iris Gibson | Review and revise Lavin Declaration in Support of Motion to Compel. | [0.9] | N/A | No Charge | C.2 |

Exhibit A

| 12/16/2019 | Adam H. Sencenbaugh | Revise Motion to Compel discovery responses; revise Declaration of Tim Lavin in Support of Motion to Compel; revise Declaration of Adam Sencenbaugh in Support of Motion to Compel; revise Proposed Order in Support of Motion to Compel; email correspondence with client representatives regarding Motion to Compel. | 5.9 | $725.00 | $ 4,277.50 | C.2 |
|---|---|---|---|---|---|---|
| | | **Subtotal** | **38.9** | | **$ 21,670.50** | |

| Motion to Compel: Replying to Response to Motion to Compel | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 12/17/2019 | Henson Adams | Begin to prepare reply briefing on Motion to Compel; research federal law regarding sanctions. | 1.8 | $495.00 | $ 891.00 | C.3 |
| 12/23/2019 | Henson Adams | Review and analyze Defendants' Response to Motion to Compel, including reading and analyzing case law cited in the same; continue to draft and revise BalanceCXI's Reply to the same. | 3 | $495.00 | $ 1,485.00 | C.3 |
| 12/23/2019 | Adam H. Sencenbaugh | Analyze Response to Motion to Compel filed by opposing party in case; email correspondence and telephone conference with client representatives regarding Response to Motion to Compel and case strategy. | 1.9 | $725.00 | $ 1,377.50 | C.3 |
| 12/24/2019 | Henson Adams | Continue to review and analyze Defendants' Response to Motion to Compel; continue to draft and revise BalanceCXI's Reply to the same. | 1.2 | $495.00 | $ 594.00 | C.3 |
| 12/26/2019 | Henson Adams | Continue to review and analyze Defendants' Response to Motion to Compel; continue to draft and revise BalanceCXI's Reply to the same; gather and prepare exhibits, including declaration of Henson Adams, to support the reply. | 3.6 | $495.00 | $ 1,782.00 | C.3 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/26/2019 | Adam H. Sencenbaugh | Revise Reply in Support of Motion to Compel production of documents and interrogatory responses; email correspondence with client representatives regarding Reply in Support of Motion to Compel. | 3.8 | $725.00 | $ 2,755.00 | C.3 |
| 12/27/2019 | Henson Adams | Revise and finalize draft of reply to send to client for review. | 1.1 | $495.00 | $ 544.50 | C.3 |
| 12/27/2019 | Adam H. Sencenbaugh | Revise declarations and exhibits in support of Reply for Motion to Compel production of documents and interrogatory responses. | 0.8 | $725.00 | $ 580.00 | C.3 |
| 12/30/2019 | Henson Adams | Revise and finalize BalanceCXI's Reply to Defendants' Response to BalanceCXI's Motion to Compel; finalize and marshal exhibits to the same; finalize Declaration of Henson Adams in support of Reply; correspondence with opposing counsel to send courtesy copy of filed Reply. | 4.4 | $495.00 | $ 2,178.00 | C.3 |
| 12/30/2019 | Adam H. Sencenbaugh | Revise and file Reply in Support of Motion to Compel production of documents and interrogatory responses. | 2.3 | $725.00 | $ 1,667.50 | C.3 |
| | | **Subtotal** | **23.9** | | **$ 13,854.50** | |

| Motion to Compel: Replying to Amended Response to Motion to Compel | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 1/22/2020 | Henson Adams | Review Defendants' Motion to Seal, Motion for Leave to Amend Response to Motion to Compel, Motion to Exceed Page Limits, and corresponding exhibits, including the Declaration of Mr. O'Brien; discuss and strategize the same with client. | 1.3 | $495.00 | $ 643.50 | C.4 |
| 1/22/2020 | Adam H. Sencenbaugh | Telephone conference with client representatives regarding filings by opposing party on Motion to Compel; analyze filings by opposing party related to Motion for Leave in opposition to Motion to Compel and arguments regarding discovery on Motion to Compel; outline issues relevant to response to Motion for Leave in opposition to Motion to Compel. | 2.7 | $725.00 | $ 1,957.50 | C.4 |
| 1/24/2020 | Adam H. Sencenbaugh | Continue draft of Response to Motion for Leave in opposition to Motion to Compel; email correspondence with client representatives regarding Response to Motion for Leave in opposition to Motion to Compel. | 1.8 | $725.00 | $ 1,305.00 | C.4 |
| 1/26/2020 | Henson Adams | Begin draft of Declaration in Support of Response to Motion for Leave in opposition to Motion to Compel; review documents produced by Defendants in response to Motion to Compel; begin draft of Motion for Leave to file under seal. | 2.5 | $495.00 | $ 1,237.50 | C.4 |

Exhibit A

| Date | Name | Description | Hours | Rate | Amount | Code |
|------|------|-------------|-------|------|--------|------|
| 1/27/2020 | Adam H. Sencenbaugh | Email correspondence with opposing counsel regarding Motion for Leave in opposition to Motion to Compel; revise Response to Motion for Leave in opposition to Motion to Compel; email correspondence with opposing counsel regarding issues relevant to Motion for Leave. | 4.2 | $725.00 | $ 3,045.00 | C.4 |
| 1/28/2020 | Adam H. Sencenbaugh | Revise and file Response to Motion for Leave in opposition to Motion to Compel; email correspondence with opposing counsel regarding issues relevant to Motion for Leave in opposition to Motion to Compel. | 3.5 | $725.00 | $ 2,537.50 | C.4 |
| 1/29/2020 | Henson Adams | Review and analyze Defendants' Amended Response to Motion to Compel; research federal law regarding arguments Defendants make in the same; begin to draft Reply to Amended Response to Motion to Compel. | 4.3 | $495.00 | $ 2,128.50 | C.4 |
| 2/3/2020 | Henson Adams | Draft Plaintiff's Reply to Defendants' Amended Response to Motion to Compel; review and analyze Amended Response to Motion to Compel with respect to the same; research federal law regarding issues relevant to Motion to Compel. | 8.7 | $495.00 | $ 4,306.50 | C.4 |
| 2/4/2020 | Henson Adams | Draft and revise Plaintiff's Reply to Defendants' Amended Response to Motion to Compel; draft and revise Appendix in support of the same. | 7.4 | $495.00 | $ 3,663.00 | C.4 |
| 2/4/2020 | Adam H. Sencenbaugh | Outline issues and revise arguments relevant to Reply to Amended Response to Motion to Compel. | 1.9 | $725.00 | $ 1,377.50 | C.4 |

Exhibit A

| 2/5/2020 | Henson Adams | Continue to draft and revise Reply to Defendants' Amended Response to Motion to Compel; draft motion for leave to exceed page limits with respect to the same; continue to draft and revise appendix in support of the Reply in support of Motion to Compel. | 3.6 | $495.00 | $ 1,782.00 | C.4 |
| 2/6/2020 | Henson Adams | Review, revise, and finalize Reply to Defendants' Amended Response to Motion to Compel, Motion for Leave to Exceed Page Limits, and proposed order regarding the same. | 1.9 | $495.00 | $ 940.50 | C.4 |
| 2/6/2020 | Adam H. Sencenbaugh | Revise Reply to Amended Response to Motion to Compel, including exhibits and argument in support of Reply to Amended Response to Motion to Compel. | 4.5 | $725.00 | $ 3,262.50 | C.4 |
| | | **Subtotal** | **48.3** | | **$ 28,186.50** | |

| Motion to Compel: Responding to Motion for Leave to File Surreply | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 1/2/2020 | Henson Adams | Review and prepare correspondence with opposing counsel regarding Defendants request to file a Surreply to Motion to Compel. | 1.2 | $495.00 | $ 594.00 | C.5 |
| 2/14/2020 | Henson Adams | Review and analyze Defendants' Motion for Leave to File Surreply in opposition to Motion to Compel and Defendants' Surreply to BalanceCXI Reply in opposition to Motion to Compel; discuss and strategize response. | 1.8 | $495.00 | $ 891.00 | C.5 |
| 2/14/2020 | Adam H. Sencenbaugh | Telephone conference with client representatives regarding case status and outstanding discovery issues relevant to Motion to Compel. | 0.9 | $725.00 | $ 652.50 | C.5 |
| 2/15/2020 | Henson Adams | Draft and revise response to Defendants' Motion for Leave to File Surreply in opposition to Motion to Compel; review and analyze case law cited in Defendants' Surreply in opposition to Motion to Compel; research federal law regarding electronic service issue relevant to Motion to Compel and Defendants' Surreply. | 3.6 | $495.00 | $ 1,782.00 | C.5 |
| 2/15/2020 | Adam H. Sencenbaugh | Analyze Motion for Leave to File Surreply in opposition to Motion to Compel filed by Defendants; continue draft of Plaintiff's Response to Motion for Leave to File Surreply in opposition to Motion to Compel. | 1.7 | $725.00 | $ 1,232.50 | C.5 |

Exhibit A

| 2/17/2020 | Henson Adams | Revise Plaintiff's Response to Motion for Leave to File Surreply in opposition to Motion to Compel. | 0.6 | $495.00 | $ 297.00 | C.5 |
|---|---|---|---|---|---|---|
| 2/20/2020 | Adam H. Sencenbaugh | Analyze legal issues relevant to Reply in Support of Motion for Leave to File Surreply in opposition to Motion to Compel; revise correspondence to opposing counsel regarding missing devices under discovery protocol and Motion to Compel. | 1.4 | $725.00 | $ 1,015.00 | C.5 |
| 2/21/2020 | Henson Adams | Draft and revise letter to opposing counsel regarding Defendants' production of confidential information and additional devices identified relevant to Motion to Compel and device protocol. | 1.5 | $495.00 | $ 742.50 | C.5 |
| | | **Subtotal** | **12.7** | | **$ 7,206.50** | |

Exhibit A

| Motion to Compel: Additional Conference and Other Efforts Related to Motion to Compel | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 12/18/2019 | Adam H. Sencenbaugh | Email correspondence with opposing counsel regarding discovery issues relevant to case; telephone conference with client representatives regarding issues relevant to case; revise Rule 29 Device Protocol for use in case for production of hard drives and in support of Motion to Compel production of documents. | 2.6 | $725.00 | $ 1,885.00 | C.6 |
| 1/3/2020 | Henson Adams | Review opposing counsel's request to the Court for a telephonic hearing regarding Motion to Compel, including strategies for handling the request; telephone conference with client regarding Motion to Compel; begin draft response to opposing counsel's email correspondence regarding Rule 29 Stipulation and device production in reference to Motion to Compel. | 1.4 | $495.00 | $ 693.00 | C.6 |
| 1/3/2020 | Adam H. Sencenbaugh | Email correspondence with opposing counsel regarding case and production of missing hard drives sought in Motion to Compel; email correspondence with client representatives regarding case; telephone conference with client representatives regarding case status and Motion to Compel. | 2 | $725.00 | $ 1,450.00 | C.6 |

Exhibit A

| Date | Attorney | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 1/21/2020 | Henson Adams | Telephone call with opposing counsel to confer on motion for leave relevant to Motion to Compel; review offer proposed by opposing counsel to resolve discovery dispute in Motion to Compel; discuss settlement offer on Motion to Compel with client and revise according to the same. | 1.7 | $495.00 | $ 841.50 | C.6 |
| 1/21/2020 | Adam H. Sencenbaugh | Email correspondence and telephone conference with opposing counsel regarding issues relevant to case and Motion to Compel; analyze offer from opposing counsel related to discovery dispute on Motion to Compel. | 2.3 | $725.00 | $ 1,667.50 | C.6 |
| 2/3/2020 | Adam H. Sencenbaugh | Telephone conference with opposing counsel regarding outstanding discovery due from Defendants and Motion to Compel; email correspondence with client representatives regarding case status and Motion to Compel. | 1.5 | $725.00 | $ 1,087.50 | C.6 |
| 2/26/2020 | Henson Adams | Review Court order regarding hearing on Motion to Compel; discuss and strategize the same; correspondence with opposing counsel regarding conferencing over Motion to Compel issues. | 2 | $495.00 | $ 990.00 | C.6 |
| 2/27/2020 | Adam H. Sencenbaugh | Email correspondence with opposing counsel regarding discovery issues relevant to Motion to Compel. | 0.9 | $725.00 | $ 652.50 | C.6 |
| 3/2/2020 | Henson Adams | Create revised appendix to Motion to Compel in preparation for conference with opposing counsel. | 0.8 | $495.00 | $ 396.00 | C.6 |

Exhibit A

| 3/2/2020 | Adam H. Sencenbaugh | Revise and transmit correspondence to opposing party relevant to Motion to Compel. | 2.2 | $725.00 | $ 1,595.00 | C.6 |
| 3/3/2020 | Adam H. Sencenbaugh | Prepare for and participate in conference with opposing party relevant to Motion to Compel. | 1.6 | $725.00 | $ 1,160.00 | C.6 |
| | | **Subtotal** | **19** | | **$ 12,418.00** | |

Exhibit A

| Motion to Compel: Preparing for and Attending Hearing on Motion to Compel | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 3/3/2020 | Henson Adams | Create presentation for hearing on Motion to Compel, review briefing on motion including related case law, and prepare for hearing on motion to compel. [REDUCE BY 3.0 HOURS] | 2.1 | $495.00 | $   1,039.50 | C.7 |
| 3/4/2020 | Henson Adams | Continue to work on Power Point presentation for hearing on Motion to Compel, including review of prior communications and creation of a timeline; continue to review briefing on motion including related case law and prepare for hearing on Motion to Compel; review discovery; finalize demonstrative appendix. [REDUCE BY 4.0 HOURS] | 3.1 | $495.00 | $   1,534.50 | C.7 |
| 3/4/2020 | Chrissy Long | Review and analyze federal rules and case law regarding the proper procedure for obtaining attorney's fees based on a Motion to Compel. | 1.8 | $495.00 | $      891.00 | C.7 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/4/2020 | Adam H. Sencenbaugh | Prepare materials for Motion to Compel hearing before United States Magistrate Judge; analyze discovery supplements provided by opposing party relevant to Motion to Compel and issues to be resolved in discovery dispute. | 2.5 | $725.00 | $    1,812.50 | C.7 |
| 3/5/2020 | Henson Adams | Prepare for and attend hearing on Motion to Compel. | 4.5 | $495.00 | $    2,227.50 | C.7 |
| 3/5/2020 | Adam H. Sencenbaugh | Prepare for and participate in hearing before United States Magistrate Judge on Motion to Compel. | 3.8 | $725.00 | $    2,755.00 | C.7 |
| | | **Subtotal** | **17.8** | | **$    10,260.00** | |

| Motion to Compel: Responding to Emergency Motion to Amend Compel Order | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 3/24/2020 | Henson Adams | Revise response to Motion to Amend Court's order on Motion to Compel and prepare motion to amend text order; prepare exhibits to the same. | 3.3 | $495.00 | $ 1,633.50 | C.8 |
| 3/24/2020 | Adam H. Sencenbaugh | Analyze Emergency Motion to Modify Judgment on Motion to Compel filed by Defendants; draft Response to Emergency Motion to Modify Judgment on Motion to Compel filed by Defendants. | 3.7 | $725.00 | $ 2,682.50 | C.8 |
| 3/25/2020 | Henson Adams | Review and analyze briefing filed by Defendants regarding a deferment of modification of Court's order and opposing counsel's withdrawal from the case; review email correspondence from opposing counsel and help prepare responses to the same; prepare new redacted versions of interrogatory responses. [REDUCE BY 2.5 HOURS] | 1 | $495.00 | $ 495.00 | C.8 |
| 3/30/2020 | Adam H. Sencenbaugh | Begin draft of Reply in Support of Motion to Modify/Amend Text Order relevant to Motion to Compel; email correspondence with client representatives regarding issues relevant to Motion to Compel. | 2.2 | $725.00 | $ 1,595.00 | C.8 |
| 3/31/2020 | Adam H. Sencenbaugh | Complete draft of Reply in Support of Motion to Modify/Amend Text Order relevant to Motion to Compel; email correspondence with client representatives regarding issues relevant to Motion to Compel. | 1.8 | $725.00 | $ 1,305.00 | C.8 |

Exhibit A

| 4/1/2020 | Henson Adams | Review and revise Reply in Support of Motion to Amend text order on Motion to Compel and finalize the same for filing. | 1.7 | $495.00 | $ | 841.50 | C.8 |
|---|---|---|---|---|---|---|---|
| 4/1/2020 | Adam H. Sencenbaugh | Revise and file Reply in Support of Motion to Amend Text Order regarding Motion to Compel. | 1.2 | $725.00 | $ | 870.00 | C.8 |
| 4/6/2020 | Henson Adams | Review Court's order granting BalanceCXI's Motion for an amended text order on Motion to Compel and strategize next steps and upcoming tasks. | 1.5 | $495.00 | $ | 742.50 | C.8 |
| | | **Subtotal** | **16.4** | | **$** | **10,165.00** | |

Exhibit A

| | | Motion for Sanctions: Preparing Advisories and Related Conference Efforts | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | | ACTIVITY |
| 3/13/2020 | Adam H. Sencenbaugh | Analyze Court order regarding Motion to Compel and communicate with clients regarding order on Motion to Compel; email correspondence with opposing counsel regarding devices relevant to Motion to Compel. | 1.4 | $725.00 | $ | 1,015.00 | S.1 |
| 3/19/2020 | Henson Adams | Review declaration of Kerry O'Brien relevant to Motion to Compel. | 0.4 | $495.00 | $ | 198.00 | S.1 |
| 3/20/2020 | Adam H. Sencenbaugh | Analyze documents produced by opposing counsel in response to Motion to Compel; email correspondence with opposing counsel regarding outstanding discovery relevant to Motion to Compel. | 1.5 | $725.00 | $ | 1,087.50 | S.1 |
| 3/25/2020 | Adam H. Sencenbaugh | Email correspondence with opposing counsel regarding discovery relevant to case; email correspondence with client representatives regarding issues relevant to Motion to Compel. | 1.1 | $725.00 | $ | 797.50 | S.1 |
| 3/27/2020 | Henson Adams | Review documents and discovery produced by Defendants; communication with opposing counsel regarding the same. | 1.5 | $495.00 | $ | 742.50 | S.1 |
| 3/27/2020 | Adam H. Sencenbaugh | Email correspondence with opposing party regarding outstanding discovery issues; analyze revised interrogatory responses from Defendants served in response to Motion to Compel. | 1.5 | $725.00 | $ | 1,087.50 | S.1 |
| 3/28/2020 | Henson Adams | Review correspondence from opposing counsel and new interrogatory and request for production responses. [REDUCE BY 1.0 HOURS] | 0.5 | $495.00 | $ | 247.50 | S.1 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/30/2020 | Henson Adams | Coordinate document load and discuss metadata findings with the litigation support team; review and analyze documents produced by Defendants in response to Motion to Compel. | 1.7 | $495.00 | $ 841.50 | S.1 |
| 3/31/2020 | Henson Adams | Continue to review produced documents; review litigation support team spreadsheet regarding slip sheets in Defendants' production; review and revise Reply in Support of Motion to Modify/Amend Text Order. | 2.2 | $495.00 | $ 1,089.00 | S.1 |
| 4/3/2020 | Henson Adams | Review and analyze Discovery Advisory filed by Defendants regarding Motion to Compel; outline arguments for Initial Discovery Advisory regarding Motion to Compel on behalf of BalanceCXI. | 1.6 | $495.00 | $ 792.00 | S.1 |
| 4/3/2020 | Adam H. Sencenbaugh | Analyze Discovery Advisory regarding Motion to Compel filed by opposing party; revise and file response to Discovery Advisory regarding Motion to Compel filed by opposing party. | 1.9 | $725.00 | $ 1,377.50 | S.1 |
| 4/7/2020 | Henson Adams | Team phone call with co-counsel to discuss discovery strategy. [NO CHARGE] | [0.7] | N/A | No Charge | S.1 |
| 4/7/2020 | Iris Gibson | Analyze issues relevant to discovery and disclosure of source code. | 0.5 | $700.00 | $ 350.00 | S.1 |
| 4/7/2020 | Adam H. Sencenbaugh | Telephone conference with opposing counsel regarding case issues; begin draft of Plaintiff's Advisory to Court regarding discovery compliance by Defendants on Motion to Compel. | 1.9 | $725.00 | $ 1,377.50 | S.1 |
| 4/8/2020 | Henson Adams | Continue to review documents produced by Defendants. | 2.5 | $495.00 | $ 1,237.50 | S.1 |

Exhibit A

| 4/9/2020 | Henson Adams | Continue to review documents produced by Defendants. | 1.5 | $495.00 | $ 742.50 | S.1 |
|---|---|---|---|---|---|---|
| 4/9/2020 | Adam H. Sencenbaugh | Continue draft of Plaintiff's Advisory to Court regarding Defendants' compliance with Motion to Compel. | 3.6 | $725.00 | $ 2,610.00 | S.1 |
| 4/10/2020 | Adam H. Sencenbaugh | Analyze documents produced by Defendants in response to Motion to Compel; continue draft of Plaintiff's Advisory to Court regarding Defendants' compliance with Court's order on Motion to Compel. | 3.3 | $725.00 | $ 2,392.50 | S.1 |
| 4/13/2020 | Henson Adams | Review revised scheduling order; continue to review documents produced by Defendants. | 3.7 | $495.00 | $ 1,831.50 | S.1 |
| 4/13/2020 | Adam H. Sencenbaugh | Continue draft of Plaintiff's Advisory to Court regarding Defendants' compliance with Court's order on Motion to Compel. | 3.3 | $725.00 | $ 2,392.50 | S.1 |
| 4/14/2020 | Henson Adams | Telephone conference with forensic examiner to discuss forensic findings and review of discovery responses and Defendants' Discovery Advisory; continue to review documents and communications produced by Defendants in response to Motion to Compel. [REDUCED BY 3.0 HOURS] | 5.4 | $495.00 | $ 2,673.00 | S.1 |

Exhibit A

| 4/15/2020 | Henson Adams | Review and analyze forensic issues and underlying documents relevant to Motion to Compel; telephone conference with clients to discuss source code and other issues related to Plaintiff's Discovery Advisory on Defendants' compliance with Motion to Compel; discuss missing metadata issue with internal technical specialists and analysis of the same; continue to review documents for gathering and use as exhibits to Plaintiff's Advisory; telephone call with forensic examiner.  [REDUCED BY 3.0 HOURS] | 6 | $495.00 | $ 2,970.00 | S.1 |
| 4/15/2020 | Adam H. Sencenbaugh | Telephone conference with client representatives regarding forensic issues relevant to case; continue draft of Advisory to Court regarding Defendants' compliance with Court's Order on Motion to Compel. | 3.4 | $725.00 | $ 2,465.00 | S.1 |
| 4/16/2020 | Henson Adams | Continue to draft and revise Plaintiff's Discovery Advisory on Defendants' compliance with Motion to Compel; draft and revise declaration of Timothy Barnes for use with Plaintiff's Advisory; telephone call with clients regarding the same; gather, review, and prepare exhibits to Plaintiff's Advisory; review Defendants' Advisory and discovery responses and continue to add content to Plaintiff's Advisory related to the same. | 6 | $495.00 | $ 2,970.00 | S.1 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/16/2020 | Adam H. Sencenbaugh | Telephone conference with client representative regarding declaration in support of Plaintiff's Advisory on Defendants' compliance with Court's order on Motion to Compel; revise declaration in support of Plaintiff's Advisory on Motion to Compel; continue draft of Plaintiff's Advisory on Defendants' compliance with the Court's order on Motion to Compel. | 2.9 | $725.00 | $ 2,102.50 | S.1 |
| 4/17/2020 | Henson Adams | Draft, revise, and finalize Plaintiff's Advisory regarding Defendants' compliance with Court's order on Motion to Compel; gather and finalize exhibits related to the same; telephone call with forensic examiner to discuss forensic issues relevant to case; draft and revise Motion to Seal related to confidential exhibits attached to Plaintiff's Advisory and proposed order. [REDUCED BY 3.0 HOURS] | 2.3 | $495.00 | $ 1,138.50 | S.1 |
| 4/17/2020 | Adam H. Sencenbaugh | Telephone conference with forensic expert regarding issues relevant to missing devices ordered produced pursuant to Motion to Compel; revise and file Plaintiff's Advisory to Court regarding Defendants' compliance with Court's order on Motion to Compel. | 3.8 | $725.00 | $ 2,755.00 | S.1 |
| | | **Subtotal** | **65.4** | | **$ 39,283.50** | |

| Motion for Sanctions: Preparing Motion for Sanctions | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 2/5/2020 | Chrissy Long | Review and analyze Federal Rule of Civil Procedure 37(e) regarding spoliation of electronically stored information, 2015 amendments, and case law interpreting same, and compile findings into spoliation memo. | 3 | $495.00 | $   1,485.00 | S.2 |
| 2/6/2020 | Chrissy Long | Review and analyze federal case law regarding duty of preservation and the standard for reasonable steps at preservation and revise spoliation memo regarding same. | 3.3 | $495.00 | $   1,633.50 | S.2 |
| 2/7/2020 | Chrissy Long | Review and analyze federal case law regarding culpability standards for spoliation and corresponding sanctions, and revise spoliation memo regarding same.[REDUCED BY 3.0HOURS] | 1.8 | $495.00 | $     891.00 | S.2 |
| 2/10/2020 | Chrissy Long | Review and analyze relevant law regarding a plaintiff's spoliation and revise spoliation memo regarding same. | 1.8 | $495.00 | $     891.00 | S.2 |
| 2/11/2020 | Chrissy Long | Review and analyze case law regarding culpability standards for spoliation and available remedies, and revise spoliation memo regarding same. | 5.3 | $495.00 | $   2,623.50 | S.2 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/20/2020 | Henson Adams | Review Court's order that BalanceCXI file a Motion for Sanctions for Defendants' failure to comply with Court's order on Motion to Compel; analyze federal law regarding Rule 37(b) sanctions for failure to comply with a court's discovery order. | 2.6 | $495.00 | $ 1,287.00 | S.2 |
| 4/20/2020 | Adam H. Sencenbaugh | Analyze Order from United States District Court regarding Plaintiff's Advisory on Defendants' compliance with Court's order on Motion to Compel; outline issues relevant to Motion for Sanctions. | 1.7 | $725.00 | $ 1,232.50 | S.2 |
| 4/21/2020 | Henson Adams | Research federal law regarding Rule 37(b) sanctions. | 2 | $495.00 | $ 990.00 | S.2 |
| 4/21/2020 | Iris Gibson | Conference with co-counsel regarding Motion for Sanctions under Federal Rule 37(b); outline arguments for Motion for Rule 37(b) Discovery Sanctions; research and provide summary of discovery sanctions available under Federal Rule 37(b). | 6.4 | $700.00 | $ 4,480.00 | S.2 |
| 4/21/2020 | Adam H. Sencenbaugh | Analyze issues relevant to Motion for Discovery Sanctions against Defendants; revise Motion for Discovery Sanctions against Defendants. | 2.8 | $725.00 | $ 2,030.00 | S.2 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/22/2020 | Henson Adams | Telephone call with co-counsel to discuss the Motion for Rule 37(b) Discovery Sanctions; research federal law related to Rule 37(b) discovery sanctions; telephone call with client regarding Motion for Rule 37(b) Discovery Sanctions; draft, revise, and finalize Motion for Rule 37(b) Discovery Sanctions. [REDUCED BY 4.0 HOURS] | 5.2 | $495.00 | $   2,574.00 | S.2 |
| 4/22/2020 | Iris Gibson | Conference with co-counsel regarding Motion for Rule 37(b) Discovery Sanctions; research standard for adverse instructions for spoliation as discovery sanction; revise draft of Motion for Rule 37(b) Discovery Sanctions. [REDUCED BY 1.5 HOURS] | 2.6 | $700.00 | $   1,820.00 | S.2 |
| 4/22/2020 | Adam H. Sencenbaugh | Revise and file Motion for Rule 37(b) Discovery Sanctions against Defendants; email correspondence and telephone conference with client representatives regarding Motion for Rule 37(b) Discovery Sanctions. | 6.5 | $725.00 | $   4,712.50 | S.2 |
| | | **Subtotal** | **45** | | **$  26,650.00** | |

| Motion for Sanctions: Conference and Other Efforts Related to Motion for Sanctions | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 4/7/2020 | Henson Adams | Telephone call with new opposing counsel in case; discuss next steps regarding case strategy. [NO CHARGE] | [0.7] | N/A | No Charge | S.3 |
| 4/23/2020 | Adam H. Sencenbaugh | Email correspondence and telephone conference with opposing party regarding issues relevant to Motion for Rule 37(b) Discovery Sanctions. | 1.3 | $725.00 | $     942.50 | S.3 |
| 4/24/2020 | Adam H. Sencenbaugh | Analyze issues relevant to Motion for Rule 37(b) Discovery Sanctions reply brief; email correspondence with opposing party regarding discovery offer and response to Motion for Rule 37(b) Discovey Sanctions. | 1.9 | $725.00 | $   1,377.50 | S.3 |
| 4/25/2020 | Henson Adams | Review documents produced by Defendants for missing metadata; discuss the same and correspondence with opposing counsel regarding missing metadata. | 1.3 | $495.00 | $     643.50 | S.3 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/27/2020 | Adam H. Sencenbaugh | Analyze documents for production in case; email correspondence with opposing party regarding Motion for Rule 37(b) Discovery Sanctions and issues relevant to Motion to Compel. | 2.3 | $725.00 | $ 1,667.50 | S.3 |
| 4/28/2020 | Henson Adams | Telephone call with co-counsel to discuss response to opposing counsel's correspondence. [NO CHARGE] | [0.3] | N/A | No Charge | S.3 |
| | | **Subtotal** | **6.8** | | **$ 4,631.00** | |

| Motion for Sanctions: Replying to Response to Motion for Sanctions | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 4/29/2020 | Henson Adams | Review and analyze Defendants' Response to BalanceCXI Motion for Rule 37(b) Sanctions and exhibits to the same; review case law related to issues raised in Response. | 3.4 | $495.00 | $    1,683.00 | S.4 |
| 4/29/2020 | Iris Gibson | Review Response to Motion for Sanctions and attachments thereto; begin outline of arguments for Reply. [NO CHARGE] | [0.8] | N/A | No Charge | S.4 |
| 4/29/2020 | Adam H. Sencenbaugh | Analyze Response in Opposition to Motion for Sanctions under Rule 37(b); begin draft of Reply in Support of Motion for Rule 37(b) Discovery Sanctions. | 3.8 | $725.00 | $    2,755.00 | S.4 |
| 4/30/2020 | Henson Adams | Review draft discovery requests; telephone call with clients to discuss the same and the reply to Defendants' Response to BalanceCXI's Motion for Rule 37(b) Discovery Sanctions; review Defendants' Response and outline arguments for reply in support of BalanceCXI's Motion for Rule 37(b) Discovery Sanctions. [REDUCED BY 3.5 HOURS] | 3.8 | $495.00 | $    1,881.00 | S.4 |
| 4/30/2020 | Adam H. Sencenbaugh | Telephone conference with client representatives regarding Motion for Rule 37(b) Discovery Sanctions; continue revisions to Reply in Support of Motion for Rule 37(b) Discovery Sanctions. | 2.6 | $725.00 | $    1,885.00 | S.4 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/1/2020 | Henson Adams | Continue to review and analyze Defendants' Response to Motion for Rule 37 Sanctions for failure to follow Court's order on Motion to Compel; draft and revise Reply to the same; review related evidence for use in Reply in support of Motion for Sanctions. | 4.6 | $495.00 | $2,277.00 | S.4 |
| 5/1/2020 | Adam H. Sencenbaugh | Revise Reply in Support of Motion for Rule 37 Sanctions related to Motion to Compel | 2.4 | $725.00 | $   1,740.00 | S.4 |
| 5/2/2020 | Henson Adams | Discuss Reply in Support of Motion for Sanctions with co-counsel | [0.5] | N/A | No Charge | S.4 |
| 5/3/2020 | Henson Adams | Begin draft of Reply in Support of Motion for Rule 37 Sanctions for Defendants' failure to follow Court's order on Motion to Compel; review and gather evidence related to the same. | 2 | $495.00 | $   990.00 | S.4 |
| 5/4/2020 | Henson Adams | Revise Reply in Support of Motion for Rule 37 Sanctions for Defendants' failure to follow Court's order on Motion to Compel; continue to review and analyze documents and other evidence related to the same. | 4.5 | $495.00 | $   2,227.50 | S.4 |
| 5/4/2020 | Iris Gibson | Review draft Reply to Response to Motion for Rule 37 Sanctions and provide comments to same. | [0.3] | N/A | No Charge | S.4 |
| 5/4/2020 | Adam H. Sencenbaugh | Revise Reply in Support of Rule 37 Sanctions related to Defendants' failure to follow Court's ruling on Motion to Compel; analyze evidence in support of request for Rule 37 Sanctions. | 4.2 | $725.00 | $   3,045.00 | S.4 |

Exhibit A

| 5/5/2020 | Henson Adams | Revise Reply in Support of Rule 37 Sanctions related to Defendants' failure to follow Court's ruling on Motion to Compel and exhibits to the same. [REDUCED BY 2.0 HOURS] | 1.6 | $495.00 | $ 792.00 | S.4 |
| 5/5/2020 | Henson Adams | Discuss case strategy and response to opposing counsel with co-counsel. | [0.8] | N/A | No Charge | S.4 |
| 5/5/2020 | Adam H. Sencenbaugh | Revise and file Reply in Support of Rule 37 Sanctions related to Defendants' failure to follow Court's ruling on Motion to Compel; email correspondence with opposing counsel regarding discovery issues relevant to case. | 3.8 | $725.00 | $ 2,755.00 | S.4 |
| | | **Subtotal** | **36.7** | | **$ 22,030.50** | |

Exhibit A

| Motion for Sanctions: Preparing for and Attending Evidentiary Hearing on Motion for Sanctions | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 5/18/2020 | Iris Gibson | Review issues relevant to attorney-client privilege in context of claims of spoliation and summarize potential waiver arguments relating to privilege. | 0.7 | $700.00 | $ 490.00 | S.5 |
| 5/18/2020 | Iris Gibson | Conference regarding Order setting hearing on Motion for Sanctions and discuss strategy regarding depositions and preparation for hearing; review burden of proof for sanctions under Rule 37 and prepare summary of elements based on different relief sought. | 1.1 | $700.00 | $ 770.00 | S.5 |
| 5/20/2020 | Henson Adams | Continue to review documents produced by Defendants; preparation and research for virtual depositions and hearings; draft and revise notices of depositions for Defendant Adam Oldfield and Defendant Chris DeSimone. | 5.3 | $495.00 | $ 2,623.50 | S.5 |
| 5/21/2020 | Henson Adams | Continue to review document productions and gather evidence for depositions and hearings; telephone call with forensic examiner to discuss collection of imaged devices files; telephone call with client and witness to discuss potential testimony at June 3 hearing; begin creating hearing demonstratives. | 4.1 | $495.00 | $ 2,029.50 | S.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/22/2020 | Henson Adams | Continue to review produced documents and use the same to create deposition and hearing exhibits; review letter from opposing counsel regarding document production and metadata; telephone conference with opposing counsel regarding document production, deposition logistics, and hearing logistics; revise and finalize deposition notices for Defendant Adam Oldfield and Defendant Chris DeSimone. | 6.5 | $495.00 | $ 3,217.50 | S.5 |
| 5/24/2020 | Henson Adams | Continue to gather exhibits and evidence with respect to depositions and hearing. [REDUCED BY 2.0 HOURS] | 4.8 | $495.00 | $ 2,376.00 | S.5 |
| 5/25/2020 | Henson Adams | Continue to review and analyze documents in preparation for hearing and deposition of Defendants. [REDUCED BY 3.0 HOURS] | 5.8 | $495.00 | $ 2,871.00 | S.5 |
| 5/27/2020 | Henson Adams | Continue to review evidence and prepare exhibits for depositions and hearing; coordinate virtual depositions with Veritext; telephone calls with clients to discuss depositions and email received from Mr. Alvandi and production of declarations by Defendants; telephone call with forensic expert to discuss hearing and prepare for the same. | 7.8 | $495.00 | $ 3,861.00 | S.5 |
| 5/28/2020 | Henson Adams | Prepare for and attend deposition of Defendant Adam Oldfield; strategize and begin preparation for Defendant Christopher DeSimone's deposition and direct examination of Roy Rector. [REDUCED BY 9.0 HOURS]. | 3.4 | $495.00 | $ 1,683.00 | S.5 |

Exhibit A

| Date | Name | Description | Hours | Rate | Amount | |
|------|------|-------------|-------|------|--------|---|
| 5/28/2020 | Iris Gibson | Research no-contact ethics rule under American Bar Association Model Rule and Texas Disciplinary Rule; consider what BalanceCXI employees are covered under no-contact rules; determine appropriate remedies for violation of no-contact rule; prepare summary of research for use in upcoming hearing. | 4.2 | $700.00 | $    2,940.00 | S.5 |
| 5/30/2020 | Henson Adams | Continue to review exhibits and prepare deposition outline for Defendant Chris DeSimone; review documents related to Mr. DeSimone; prepare for hearing; draft letter related to metadata and issue regarding Defendants contacting current BalanceCXI employees. [REDUCED BY 3.0 HOURS] | 9.7 | $495.00 | $    4,801.50 | S.5 |
| 5/30/2020 | Iris Gibson | Review deposition transcript of Defendant Adam Oldfield; designate, categorize, and summarize potential impeachment testimony for use in hearing. | 2.2 | $700.00 | $    1,540.00 | S.5 |
| 5/31/2020 | Henson Adams | Continue to prepare outline and exhibits for deposition of Chris DeSimone and documents related to the same; work on hearing presentation; work on direct of Roy Rector; review deposition designations and deposition transcript of Defendant Adam Oldfield; continue to prepare for hearing. [REDUCED BY 3.0 HOURS] | 9.5 | $495.00 | $    4,702.50 | S.5 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/31/2020 | Iris Gibson | Continue review of deposition transcript of Defendant Adam Oldfield and exhibits thereto; designate, categorize, and summarize potential impeachment testimony; prepare chart of designations for use in hearing in case. | 4.5 | $700.00 | $ 3,150.00 | S.5 |
| 5/31/2020 | Chrissy Long | Review federal cases regarding spoliation for use in hearing under Federal Rule of Civil Procedure 37. | 0.9 | $495.00 | $ 445.50 | S.5 |
| 5/31/2020 | Adam H. Sencenbaugh | Prepare for deposition of Defendant Chris DeSimone, includingpreparation of outline and deposition exhibits; prepare materials for hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel. | 4.8 | $725.00 | $ 3,480.00 | S.5 |
| 6/1/2020 | Henson Adams | Prepare for and attend the deposition of Defendant Christopher DeSimone; continue to prepare for hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel, including gathering and designating exhibits and creating demonstratives; prepare direct examination of Plaintiff expert witness Roy Rector. [REDUCED BY 9.0 HOURS] | 5.3 | $495.00 | $ 2,623.50 | S.5 |

Exhibit A

| 6/1/2020 | Iris Gibson | Continue preparing exhibits and deposition designations for cross examination of Defendant Adam Oldfield; review and revise Defendant Adam Oldfield cross examination; prepare talking points for hearing relating to Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; review and incorporate arguments relating to death penalty sanctions under Rule 37 (b)(2) and (e). [REDUCED BY 2.0 HOURS] | 6.3 | $700.00 | $ 4,410.00 | S.5 |
| 6/2/2020 | Henson Adams | Continue to prepare for hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; witness preparation session with expert witness Roy Rector; review and analyze depositions of Defendant Adam Oldfield and Defendant Chris DeSimone and video clips of Defendant Adam Oldfield's deposition; review and prepare direct examination of expert witness; review legal issues related to hearing; prepare PowerPoint demonstrative for hearing. [REDUCED BY 5.0 HOURS] | 12.5 | $495.00 | $ 6,187.50 | S.5 |
| 6/2/2020 | Michael Brockwell | Create video deposition database for hearing; create excerpts of video depositions to include in Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; graphic design of presentation. | 5.5 | $350.00 | $ 1,925.00 | S.5 |

Exhibit A

| 6/2/2020 | Iris Gibson | Prepare presentation slides for legal arguments in Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel;<br>prepare talking points for hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel relating to legal<br>arguments and the admissibility of current employees statements obtained in breach of the no-contact ethical rules; review and edit DeSimone cross examination deposition excerpts; research and draft arguments regarding the application of the Federal Rules of Evidence to sanctions hearings;<br>review and prepare legal arguments for spoliation sanctions under Rule 37(e). [REDUCED BY 4.0 HOURS]. | 8.4 | $700.00 | $      5,880.00 | S.5 |
| 6/2/2020 | Chrissy Long | Draft talking points for evidentiary hearing regarding Defendants' failure to comply with Federal Rule of Civil Procedure 31 in obtaining Stephen Reed's and Trevor Barton's declarations. [NO CHARGE] | [0.9] | N/A | No Charge | S.5 |

Exhibit A

| Date | Name | Description | Hours | Rate | Amount | |
|------|------|-------------|-------|------|--------|---|
| 6/2/2020 | Adam H. Sencenbaugh | Analyze legal issues relevant to hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; prepare exhibits and opening statement for use in Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; revise cross examination outlines for use in Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel. | 11.2 | $725.00 | $ 8,120.00 | S.5 |
| 6/3/2020 | Henson Adams | Prepare for and attend evidentiary hearing on BalanceCXI's Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; telephone calls with client related to the same. [REDUCED BY 3.0 HOURS] | 10.3 | $495.00 | $ 5,098.50 | S.5 |
| 6/3/2020 | Iris Gibson | Prepare talking points for waiver of attorney-client privilege; research and summarize relevant privilege issues. | 1.2 | $700.00 | $ 840.00 | S.5 |
| 6/3/2020 | Adam H. Sencenbaugh | Prepare for and participate in hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel. | 11.8 | $725.00 | $ 8,555.00 | S.5 |
| 6/4/2020 | Henson Adams | Continue to prepare for and attend second day of evidentiary hearing on BalanceCXI's Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel; telephone calls with client related to the same. | 11 | $495.00 | $ 5,445.00 | S.5 |

Exhibit A

| 6/4/2020 | Adam H. Sencenbaugh | Prepare for and participate in hearing on Motion for Discovery Sanctions for Defendants' failure to follow ruling on Motion to Compel. | 10.7 | $725.00 | $ 7,757.50 | S.5 |
|----------|---------------------|---|------|---------|------------|-----|
| | | **Subtotal** | **169.5** | | **$ 97,823.00** | |

| Forensic Work: Forensic Related Attorney Work | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TIME KEEPER | DESCRIPTION | TIME | RATE | FEE | ACTIVITY |
| 1/8/2020 | Adam H. Sencenbaugh | Telephone conference with client representatives regarding case status and Motion to Compel; telephone conference with forensic examiner regarding missing devices relevant to Motion to Compel; prepare outline for hearing before United States Magistrate Judge in case on issues relevant to Motion to Compel; analyze documents provided by forensic examiner relevant to hard drives sought in Motion to Compel. | 3.7 | $725.00 | $ 2,682.50 | F.1 |
| 1/9/2020 | Henson Adams | Review and analyze forensic report regarding the list of devices connected to the Lexar and Western Digital devices sought in Motion to Compel; review list of files recovered from the Lexar and Western Digital devices sought in Motion to Compel; discuss the same with client; prepare for and attend telephonic hearing before the Court. [REDUCED BY 3.0 HOURS] | 1.7 | $495.00 | $ 841.50 | F.1 |
| 1/9/2020 | Adam H. Sencenbaugh | Prepare for and participate in status conference with United States Magistrate Judge regarding case and Motion to Compel; telephone conference with client representative regarding case and Motion to Compel; analyze reports provided by forensic examiner relevant to Motion to Compel. | 2.9 | $725.00 | $ 2,102.50 | F.1 |

Exhibit A

| Date | Name | Description | | | | |
|---|---|---|---|---|---|---|
| 2/11/2020 | Henson Adams | Telephone call with witness regarding forensic analysis of electronic devices. | 1 | $495.00 | $    495.00 | F.1 |
| 2/11/2020 | Adam H. Sencenbaugh | Analyze issues relevant to expert witness for use in case; telephone conference with expert witness to discuss issues relevant to case. | 2.3 | $725.00 | $  1,667.50 | F.1 |
| | | **Subtotal** | **11.6** | | **$  7,789.00** | |

| Forensic Costs: R3 Digital Forensics Invoices | | | | | | |
|---|---|---|---|---|---|---|
| DATE | ACTIVITY | QTY | RATE | | AMOUNT | |
| 06/07/2019 | Forensic Image Archiving<br>Fee for forensic file storage media. | 1 | $ | 250.00 | $ | 250.00 |
| 06/07/2019 | Services-250<br>Adam computer: Intake, forensic imaging and documentation - Tyler B. Rector | 0.8 | $ | 250.00 | $ | 200.00 |
| 06/07/2019 | Services-325<br>Conference call, Adam computer: initial data assessment - Roy D. Rector | 0.5 | $ | 325.00 | $ | 162.50 |
| 06/12/2019 | Services-325<br>Adam Laptop: 06/10-12/19 Forensic analysis, report and exhibit drafting - Roy D. Rector | 7.2 | $ | 325.00 | $ | 2,340.00 |
| 06/13/2019 | Services-325<br>Adam Laptop: Report and exhibit drafting, review & finalization - Roy D. Rector | 1.8 | $ | 325.00 | $ | 585.00 |
| 06/17/2019 | Services-325<br>Chris Laptop: 06/13-17/19 Forensic analysis, report and exhibit drafting - Roy D. Rector | 4.9 | $ | 325.00 | $ | 1,592.50 |
| 06/18/2019 | Services-325<br>Chris Laptop: report and exhibit drafting, review & finalization - Roy D. Rector | 1 | $ | 325.00 | $ | 325.00 |
| 09/03/2019 | Services-325<br>Case review and conference call. - Roy D. Rector | 1 | $ | 325.00 | $ | 325.00 |
| 09/25/2019 | Services-325<br>Conference call with Henson Adams - Roy D. Rector | 0.4 | $ | 325.00 | $ | 130.00 |
| 09/26/2019 | Services-325<br>Henson Adams led group conference call - Roy D. Rector | 0.9 | $ | 325.00 | $ | 292.50 |
| 12/21/2019 | Services-275<br>Intake, imaging and documentation - Tyler B. Rector | 1.1 | $ | 275.00 | $ | 302.50 |
| 01/08/2020 | Services-275<br>USB devices, active file identification and file list creation - Tyler B. Rector | 1.3 | $ | 275.00 | $ | 357.50 |

Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/08/2020 | Services-325<br>1/08-13/2020: Conference call, USB forensic examinations, computer connections report, attention to email to Heston - Roy D. Rector | 6.8 | $ | 325.00 | $ | 2,210.00 |
| 02/11/2020 | Services-325<br>Conference call with Heston & Adam - Roy D. Rector | 1.1 | $ | 325.00 | $ | 357.50 |
| 02/24/2020 | Services-325<br>2/24-27/2020: Laptop and USB devices - forensic examination, report and exhibits drafting - Roy D. Rector | 9.4 | $ | 325.00 | $ | 3,055.00 |
| 03/03/2020 | Services-325<br>2/29-3/3: Analysis, report and exhibit drafting<br>- Roy D. Rector | 9 | $ | 325.00 | $ | 2,925.00 |
| 03/04/2020 | Services-325<br>Conference call with Heston and Adam - Roy<br>D. Rector | 1.4 | $ | 325.00 | $ | 455.00 |
| 03/11/2020 | Services-325<br>Conference & TeamViewer session with Heston and Adam - Roy D. Rector | 1.6 | $ | 325.00 | $ | 520.00 |
| 04/14/2020 | Services-325<br>Defendant response documents review, conference call with Henson and Adam. - Roy<br>D. Rector | 2.5 | $ | 325.00 | $ | 812.50 |
| 04/17/2020 | Services-325<br>WebEx conference with Henson and Adam - Roy D. Rector | 1.2 | $ | 325.00 | $ | 390.00 |
| 05/18/2020 | Services-325<br>Conference with Henson - Roy D. Rector | 0.2 | $ | 325.00 | $ | 65.00 |
| 05/20/2020 | Services-325<br>Conference with Henson regarding files to export - Roy D. Rector | 0.2 | $ | 325.00 | $ | 65.00 |
| 05/21/2020 | Services-325<br>Data export, FTP upload config - Henson request - Roy D. Rector | 0.6 | $ | 325.00 | $ | 195.00 |
| 05/27/2020 | Services-325<br>Conference call with Henson - discussion regarding hearing - Roy D. Rector | 0.7 | $ | 325.00 | $ | 227.50 |

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2020 | Services-325<br>Oilfield deposition review - Roy D. Rector | 1 | $ | 325.00 | $ | 325.00 |
| 6/2/2020 | Services-325<br>Conference call with Adam and Henson, courtroom testimony review - Roy D. Rector | 4.5 | $ | 325.00 | $ | 1,462.50 |
| 6/3/2020 | Services-325<br>Conference call with Henson - Roy D. Rector | 0.6 | $ | 325.00 | $ | 195.00 |
| 6/3/2020 | Services-325<br>Hearing prep and hearing - Roy D. Rector | 5.5 | $ | 325.00 | $ | 1,787.50 |
| 6/3/2020 | Services-325<br>Zoom Court - Roy D. Rector | 4.7 | $ | 325.00 | $ | 1,527.50 |
| 12/02/2020 | Services-275<br>File identification and deletion from defendant's devices (Requested by Hanson)<br>- Tyler B. Rector | 1 | $ | 275.00 | $ | 275.00 |
| 12/04/2020 | Services-325<br>Addtional files for deletion from defendant's devices (Requested by Hanson).  Device free space wiping. - Roy D. Rector | 0.3 | $ | 325.00 | $ | 97.50 |
| | | **Subtotal** | **74** | | | $ | **23,810.00** |

Exhibit A