# haynesboone



## ADAM H. SENCENBAUGH
Partner
adam.sencenbaugh@haynesboone.com

**PRACTICES:** Litigation, Labor and Employment, Wage and Hour Litigation, Environmental Litigation, Climate Change and Corporate Sustainability, Employment Litigation, Intellectual Property Litigation, Trade Secret Litigation; **INDUSTRIES:** Government Contracts, Government and Public Policy

### AUSTIN
600 CONGRESS AVENUE
SUITE 1300
AUSTIN, TX 78701
T +1 512.867.8489
F +1 512.867.8606

### SAN ANTONIO
112 EAST PECAN STREET
SUITE 1200
SAN ANTONIO, TX 78205
T +1 210.978.7430

### EDUCATION AND CLERKSHIPS
- J.D., University of Texas School of Law, 2007, *with honors*; Order of the Coif; *Texas Law Review*
- B.A., University of Southern Mississippi, 2003, *summa cum laude*
- Law Clerk, Hon. Keith Starrett, United States District Judge, Southern District of Mississippi, 2007-2008

### ADMISSIONS
- Texas
- Mississippi

### COURT ADMISSIONS

Adam Sencenbaugh has tried more than 20 cases to jury verdict. He represents clients in employment litigation and general civil litigation in arbitration, federal court, state court, the State Office of Administrative Hearings ("SOAH"), and various state administrative agencies. Adam serves as a trusted advisor to clients navigating a wide range of employment law issues, including compliance with Title VII, § 1981, ADA, ADEA, FMLA, and FLSA. Adam's employment litigation practice is focused on defending clients against claims of systemic discrimination prosecuted by the EEOC, as well as protecting employers against unfair competition and breaches of fiduciary duties. Adam also served as co-counsel for a coalition of 88 school districts in a lawsuit challenging the constitutionality of the state's current school finance system. This lawsuit, which was tried over the course of 16 weeks, culminated in a 382-page decision from State District Judge John Dietz in August 2014, holding Texas's school finance system unconstitutional on all of the grounds asserted by Haynes and Boone's clients.

While working at Haynes and Boone, Adam served as a volunteer prosecutor for the city of Houston, where he prosecuted thousands of misdemeanor cases for the state of Texas. Prior to joining the firm, Adam completed a federal district court clerkship and served as an intern in the United States Attorney's Office for the Western District of Texas in Austin.

Adam was selected for inclusion in *Texas Super Lawyers Rising Stars*, Thomson Reuters, for Employment Defense Litigation and Environmental Defense Litigation, 2015; and Business Litigation, 2014-2020. He was also recognized as a Labor and Employment Star by *Benchmark Litigation*, Euromoney Institutional Investor PLC, 2021.

**Selected Client Representations**

- Won injunctive relief against Republic of Albania in federal court regarding production sharing contract on behalf of Texas-based oil and gas company.
- Represented two major energy companies in appeal of TCEQ Administrative Order to remediate Texas state Superfund Site.
- Won summary judgment for national trucking company against discrimination and retaliation claims under Title VII.
- Obtained set-aside of default judgment taken against out-of-state commercial real estate developer.
- Defended national movie theater chain in wage and hour cases alleging violations of the Fair Labor Standards Act.

# haynesboone

## ADAM H. SENCENBAUGH
Partner

---

- U.S. Court of Appeals for the Fifth Circuit
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Southern District of Texas
- U.S. District Court for the Western District of Texas
- U.S. District Court for the Southern District of Mississippi
- U.S. District Court for the Northern District of Mississippi

- Prevailed in two-week trial before the State Office of Administrative Hearings regarding protest of Class I Underground Injection Control (UIC) permit application.
- Advised and represented clients on Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) issues in federal court.
- Defended multiple clients during EEOC investigations and litigation involving Title VII discrimination claims.
- Prevented disclosure of client trade secrets and confidential information for numerous clients contracting with state and federal government agencies.
- Represented numerous clients before various state agencies, including the Texas Real Estate Commission, the Texas Department of Health and Human Services, and the Texas Board of Veterinary Medical Examiners.

**Professional and Community Activities**

- Equal Employment Opportunity Committee, American Bar Association
- Fellow, Texas Bar Foundation
- Director, Civil Litigation Section of Austin Bar Association
- Austin Young Lawyers Association
- Federal Bar Association
- American Inns of Court - Lloyd Lochridge Inn
- Young Leader, United Way of Greater Austin

**Selected Publications and Speeches**

- "Texas Environmental Law," co-author, Volumes 45-46, Chapter 37 COVID-19 Response Planning and Management, Thomson Reuters, 2020-2021.
- "Administrative Challenges and Appeals," speaker, UT Law CLE, 14th Annual Advanced Texas Administrative Law Seminar, Austin, Texas, August 16, 2019.
- "A Company's #MeToo Moment," co-author, *Texas Lawyer*, April 1, 2018.
- "Attorneys React to DOL Misclassification Guidance," author, *Law360*, July 16, 2015.
- "EEOC Litigation Update from the Inside," presenter, Haynes and Boone Seminar, June 4, 2015.
- "The Government is Watching: Current EEOC Litigation Priorities and Enforcement Strategies," presenter, North San Antonio Chamber of Commerce, March 3, 2015.
- "For Whom the Whistle Blows: Avoiding Retaliation and Whistleblower Claims," presenter, Greater Houston Partnership, March 1, 2014.
- "Is the Price Right: Medical Damages in Texas in the Wake of *Haygood v. de Escabedo*," presenter, Lloyd Lochridge Inn of the American Inns of Court, March 2012.
- "Annual Review of Litigation, Chapter 3: Appellate Practice," contributor, American Bar Association Section of Business Law, April 2011.
- "American Law and Jurisprudence on Fracing," contributor, *Rocky Mountain Mineral Law Foundation Journal*, Vol. 47, No. 2, 2010.