# haynesboone



## HENSON ADAMS
Associate
henson.adams@haynesboone.com

**PRACTICES:** Litigation, Labor and Employment, Environmental, Trade Secret Litigation

### SAN ANTONIO
112 EAST PECAN STREET
SUITE 1200
SAN ANTONIO, TX 78205
T +1 210.978.7405
F +1 210.554.0473

### EDUCATION AND CLERKSHIPS
- J.D., University of Texas School of Law, 2016, with honors; Order of Barristers; Managing Editor, *Texas Review of Entertainment & Sports Law*
- B.B.A., Oklahoma Christian University, 2011, magna cum laude

- Judicial Intern to the Honorable Judge Jeffrey S. Boyd, The Supreme Court of Texas, 2015
- Judicial Intern to the Honorable Judge Craig A. Gargotta, The U.S. Bankruptcy Court for the Western District of Texas, 2014

### ADMISSIONS
- Texas

### COURT ADMISSIONS

Henson Adams is focused on counseling and defending clients in labor and employment and business matters. Henson takes a results-driven approach. Although he foremost believes in helping clients reduce risk of conflict, Henson is ready to fight for clients when a dispute does arise. He has represented clients in employment, environmental, and commercial litigation in both state and federal court.

Prior to joining Haynes and Boone, Henson graduated with honors from the University of Texas School of Law, where he enjoyed success on moot court and mock trial teams. He also interned for the Texas Supreme Court and U.S. Bankruptcy Court. Before practicing law, Henson taught algebra at an at-risk high school. The problem solving and communication skills Henson developed through teaching have translated into his legal practice.

**Professional Recognition**

- Recognized in *Best Lawyers*®, Woodward/White, Inc., "Ones to Watch" for Labor and Employment Law – Employee, 2021
- Recognized as a Rising San Antonio Star by *San Antonio Scene Magazine,* 2020-2021

**Professional and Community Activities**

- Board Member, Dress for Success San Antonio
- Member, San Antonio Young Lawyers Association
- Member, San Antonio Bar Association
- Member, American Bar Association

**Selected Publications and Speeches**

- "CARES Act Relief Checklist: Considerations in Deciding What Relief is Right for Your Business," co-author, April 6, 2020.
- "Relief for Employers and Workers under the CARES Act," co-author, March 29, 2020.
- "A Company's #MeToo Moment," co-author, *Texas Lawyer*, April 1, 2018.
- "Cybersecurity Planning: When (not if) a data breach occurs, will you be ready to respond?" speaker, University of Texas, School of Law Conference, Austin, Texas, February 23, 2018.

https://www.haynesboone.com/people/a/adams-henson

COPYRIGHT 2020. ALL RIGHTS RESERVED.                    Exhibit B.2                                    1

# HENSON ADAMS
Associate

- U.S. District Court for the Western District of Texas

- "Social Media in the Workplace," speaker, Central Texas Chapter of TSCPA's CPE Expo, Waco, Texas, May 24, 2017.
- "Applying Employment Law to Employee Situations: What Do I Do?," speaker, Employment Law Update, San Antonio, Texas, April 19, 2017.
- "OSHA's Proposed Changes to Lockout/Tagout Rule Issued," co-author, *Lexology*, December 14, 2016.

https://www.haynesboone.com/people/a/adams-henson

COPYRIGHT 2020. ALL RIGHTS RESERVED.

Exhibit B.2