# haynesboone



# IRIS GIBSON
Counsel
iris.gibson@haynesboone.com

**PRACTICES:** Litigation, Franchise and Distribution, Franchise Litigation; **INDUSTRIES:** Sports Law

### AUSTIN
600 CONGRESS AVENUE
SUITE 1300
AUSTIN, TX 78701
T +1 512.867.8403
F +1 512.867.8650

### EDUCATION AND CLERKSHIPS
- J.D., University of Texas School of Law, 2002, with high honors; Order of the Coif; Texas Law Review
- B.B.A., University of Texas at Austin, 1997, with high honors

### ADMISSIONS
- Texas

### COURT ADMISSIONS
- U.S. District Court for the Western District of Texas
- U.S. Court of Appeals for the Fifth Circuit

As counsel in the Litigation Practice Group, Iris Gibson focuses her practice on writing and on effectively telling her clients' stories. At the pretrial level, Iris authors summary judgment and other dispositive motions, which help her clients resolve their cases at the earliest possible stage. At the trial phase, Iris effectively presents her clients' positions and defenses in complex commercial disputes involving claims such as fraud, breach of contract, breach of fiduciary duty, tortious interference, and negligence. Iris concentrates on commercial and franchise-related litigation. She has represented a diverse group of clients on a wide range of legal matters, including franchise and distribution disputes, business and contract litigation, breach of fiduciary claims, and environmental enforcement litigation.

Before joining the firm, Iris was a litigation consultant, providing financial, economic, and damage analysis for business disputes.

Iris' passion for telling her clients' stories extends to those without access to the legal system. Her enthusiasm for pro bono work earned her the 2010 J. Chrys Dougherty Award for exemplary dedication and commitment to the principle of access to justice for all people regardless of income. Iris continues to hone her litigation skills through her pro bono work with Volunteer Legal Services of Central Texas. She is also a volunteer for CASA and is committed to making a difference to children in foster care in her community. Iris also volunteers for Meals on Wheels.

**Selected Client Representations**

- Conducting depositions of numerous plaintiffs as defense counsel for international franchisor facing tort claims brought by nationwide group of plaintiffs.
- Obtaining summary judgment for equipment dealer in dispute with equipment rental company regarding allegedly defective trucks.
- Representing national franchisors in disputes involving Lanham Act violations, breach of franchise agreements, tortious interference, and lost profits.
- Obtaining summary judgment and declaratory relief in favor of franchisor regarding interpretation of covenant not to compete.
- Representing national franchisor in successfully enforcing forum selection clauses.
- Donating more than 500 pro bono hours, representing needy clients in family law cases, including those involving domestic violence, consumer matters, and social security disability cases.

COPYRIGHT 2020. ALL RIGHTS RESERVED.            Exhibit B.3            1

# haynesboone

## IRIS GIBSON
Counsel

- Prosecuting code violations and misdemeanors for the City of Houston Municipal Courts as a volunteer prosecutor.

**Professional and Community Activities**

- 2010 J. Chrys Dougherty Award for commitment to pro bono work
- Pro Bono Attorney and Firm Coordinator, Volunteer Legal Services of Central Texas
- City of Houston Municipal Courts Prosecutor (2007)
- Robert W. Calvert American Inn of Court, Associate Member (2004-2006)
- Member, ABA Forum on Franchising
- Travis County Bar Association
- Travis County Women Lawyers' Association
- American Bar Association
- Austin Young Lawyers Association

**Selected Publications and Speeches**

- "Franchise Law," co-author, *SMU Annual Texas Survey*, Volume 6, Fall 2020.
- "Franchise Law," co-author, *SMU Annual Texas Survey*, Volume 3, Fall 2017.
- "Texas Fiduciary Duty Law Update – 2014 to 2017," co-author, 2017 Civil Justice Conference, April 3, 2017.
- "Franchise Law," co-author, *SMU Annual Texas Survey*, Volume 2, Fall 2016.
- "Annual Review of Litigation, Chapter 3: Appellate Practice," contributor, with Kendyl Hanks and Mark Trachtenberg, American Bar Association, Section of Business Law, April 2011.