UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BALANCECXI, INC. dba ZACOUSTIC, § <br> *Plaintiff* § <br> § <br> vs. § <br> § <br> INTERNATIONAL CONSULTING & § <br> RESEARCH GROUP, LLC, § <br> CHRISTOPHER DESIMONE, AND § <br> ADAM OLDFIELD § <br> *Defendants* § | Civil Action No. 1:19-cv-767-RP |

**JOINT AGREED MOTION FOR ENTRY OF
AMENDED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants International Consulting & Research Group LLC, Christopher DeSimone, and Adam Oldfield (collectively, "**Defendants**") and Plaintiff BalanceCXI, Inc. dba Zacoustic ("**BalanceCXI**") (Defendants and BalanceCXI collectively the "**Parties**") jointly file this Agreed Motion for Entry of Amended Scheduling Order, and respectfully show the Court as follows:

**I.
BRIEF PROCEDURAL BACKGROUND**

1.  The Court entered, on September 7, 2021, the Amended Scheduling Order [Dkt. # 127]. The deadlines in the current Amended Scheduling Order have not expired. For good cause, the Parties now jointly request an extension of these deadlines.

2.  The Parties have conferred and jointly request that the Court enter the proposed Amended Scheduling Order, attached as **Exhibit A**.

## II.
### REQUEST FOR EXTENSION OF DEADLINES

3. Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties request an extension of these deadlines for good cause. On February 1, 2021, this Court adopted the United States Magistrate Judge's Report and Recommendation [Dkt. # 111] that the Court enter a default judgement on liability against Defendants DeSimone and Oldfield on a number of Plaintiff's claims and sanctioned Defendants DeSimone and Oldfield for attorneys' fees and expenses incurred by BalanceCXI.

4. The Parties are scheduled to mediate this case with Patrick Keel on **December 9, 2021**, and seek to explore a resolution of this case without burdening the Court with additional filings or incurring what may be additional expense in preparing this case for trial.

5. This Motion is brought in good faith and is agreed to by all of the Parties and the Parties seek this modification before the deadlines pass. The extensions of these deadlines are not sought solely for delay but so that justice may be done.

## III.
### CONCLUSION & PRAYER

For all of these reasons, the Parties respectfully request that the Court enter the proposed Amended Scheduling Order attached as Exhibit A to the Motion, and for other relief the Court deems appropriate.

Dated: November 4, 2021.

Respectfully submitted,

*/s/ Steve Skarnulis (w/p)*
Steve Skarnulis
State Bar No. 24041924
skarnulis@cstrial.com
Clinton A. Rosenthal
State Bar No. 24037393
crosenthal@cstrial.com
Benjamin D. Evans
State Bar No. 24081285
bevans@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

**ATTORNEYS FOR DEFENDANTS**

*/s/ Amy L. Ruhland (w/p)*
Amy L. Ruhland (Rudd)
Texas Bar No. 24041924
Amy.Ruhland@us.dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
512-457-7220
512-721-2220—Facsimile

**ATTORNEYS FOR DEFENDANTS DESIMONE AND ICAR**

*/s/ Adam H. Sencenbaugh*
Adam H. Sencenbaugh
State Bar No. 24060584
adam.sencenbaugh@haynesboone.com
Henson Adams
State Bar No. 24101418
henson.adams@haynesboone.com
**HAYNES AND BOONE, L.L.P.**
600 Congress Avenue, Suite 1300
Austin, Texas 78701
512-867-8400
512-867-8470—Facsimile
**ATTORNEYS FOR PLAINTIFF BALANCECXI, INC. dba ZACOUSTIC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Adam H. Sencenbaugh*
Adam H. Sencenbaugh

4868-8544-5378