# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| BALANCECXI, INC. dba ZACOUSTIC,<br>　　　Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 1:19-cv-767-RP |
| INTERNATIONAL CONSULTING &<br>RESEARCH GROUP, LLC,<br>CHRISTOPHER DESIMONE, AND<br>ADAM OLDFIELD<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§ | |

## AMENDED SCHEDULING ORDER

In accordance with the Joint Agreed Motion for Entry of Amended Scheduling Order ruled upon this day, the disposition of this case will be controlled by the following order. Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is issued by the Court:

1.  The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **January 18, 2022**.

2.  The parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **February 1, 2022**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **February 22, 2022**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

3. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

4. The parties shall complete all discovery on or before **April 5, 2022**.

5. All dispositive motions shall be filed on or before **April 12, 2022** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

SIGNED ON: 11/10/2021

ROBERT PITMAN  
UNITED STATES DISTRICT JUDGE