**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| BALANCECXI, INC. dba ZACOUSTIC, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Civil Action No. 1:19-cv-767-RP |
| | § | |
| INTERNATIONAL CONSULTING & | § | |
| RESEARCH GROUP, LLC, | § | |
| CHRISTOPHER DESIMONE, AND | § | |
| ADAM OLDFIELD | § | |
| *Defendants* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendants International Consulting & Research Group, LLC, Christopher DeSimone, and Adam Oldfield (collectively, "***Defendants***") and Plaintiff BalanceCXI, Inc. dba Zacoustic ("***BalanceCXI***" or "***Plaintiff***") (Defendants and BalanceCXI collectively the "***Parties***") jointly file this Joint Motion to Dismiss with Prejudice and respectfully state:

The Parties have entered into a settlement of the claims made in the instant suit and believe that the settlement reached is fair and reasonable. Bona fide factual disputes were involved, and the settlement was negotiated at arm's length between knowledgeable and experienced attorneys representing Plaintiff and Defendants. Based on the settlement reached, the Parties agree that all claims that Plaintiff alleged or could have alleged in this lawsuit against Defendants, and all counterclaims that Defendants could have alleged against Plaintiff, should be dismissed with prejudice. Therefore, the Parties now jointly request that the suit be dismissed with prejudice to the refiling of the same.

WHEREFORE, the Parties respectfully request that this Court grant this motion and enter an order dismissing all of Plaintiff's claims with prejudice.

**JOINT MOTION TO DISMISS WITH PREJUDICE** **Page 1**

Respectfully submitted,

*/s/ Adam H. Sencenbaugh*
Adam H. Sencenbaugh
State Bar No. 24060584
adam.sencenbaugh@haynesboone.com
Henson Adams
State Bar No. 24101418
henson.adams@haynesboone.com
**HAYNES AND BOONE, L.L.P.**
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:  512-867-8400
Facsimile:  512-867-8470
**ATTORNEYS FOR BALANCECXI, INC.
D/B/A ZACOUSTIC**

*/s/ Steve Skarnulis*
Steve Skarnulis
State Bar No. 24041924
skarnulis@cstrial.com
Clinton A. Rosenthal
State Bar No. 24037393
crosenthal@cstrial.com
Benjamin D. Evans
State Bar No. 24081285
bevans@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR DEFENDANTS**

*/s/ Amy L. Ruhland*
Amy L. Ruhland (Rudd)
Texas Bar No. 24041924
Amy.Ruhland@us.dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
512-457-7220
512-721-2220—Facsimile
**ATTORNEYS FOR DEFENDANTS
DESIMONE AND ICAR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2022, a copy of the foregoing instrument was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*/s/ Adam H. Sencenbaugh*
Adam H. Sencenbaugh